| INN - PROB 22 Rev. 05/04 | MAGISTRATE JUDGE DENLOW TRANSFER OF JURISDICTION | RECEIVED MAR JUDGE CHAMBERS HAMMOND, INDIANA | DOCKET NUMBER (Tran. Court) 0755 2:05CR00129 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shawn Lemonte Calhoun | Northern District Of Indiana | Hammond |
| RECEIVED APR 11 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | NAME OF SENTENCING JUDGE Honorable James T. Moody | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM August 17, 2006 | TO August 16, 2009 |
|---|---|---|---|

| OFFENSE BANK FRAUD |
|---|

08CR 323

FILED
APR 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois ( Chicago Division) _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 31, 2008
_____ Date _____

_____ United States District Judge _____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 5 2008
_____ Effective Date _____

James F. Holderman
_____ United States District Judge _____