# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 323 | **DATE** | 5/1/2008 |
| **CASE TITLE** |  | U.S.A. vs. CALHOUN | |

**DOCKET ENTRY TEXT**

This case being a duplicate of 08 CR 312 is hereby terminated and the matter is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|